UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Petitioner, )<br>)<br>v. )<br>)<br>DAVID F. SMITH )<br>    Respondent. ) | MBD No.  05-10255-RWZ |

### ORDER TO SHOW CAUSE

Upon the Petitioner, the Exhibit(s) attached thereto, including the Declaration of Ann MacKean, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is:

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in Courtroom # 25, 7th  Floor, in the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, on the 9th day of September 2005, at 10:00 a.m., to show cause why he should not be compelled to obey the Internal Revenue Summons served upon him on December 9, 2004.

It is further ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon David F. Smith on or before August 15, 2005.

It is further ORDERED within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition to Enforce the Internal Revenue Service Summons.

DATED at Boston, Massachusetts this 11th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

/s/ Marianne B. Bowler USMJ
UNITED STATES MAGISTRATE JUDGE