UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>          Petitioner,<br><br>v.<br><br>DAVID F. SMITH,<br>          Respondent. | )<br>)<br>)<br>)<br>)   M.B.D. No. 05-10255-MBB<br>)<br>)<br>)<br>) |

## ORDER ENFORCING INTERNAL
## REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Marianne B. Bowler for hearing on September 9, 2005 and the respondent, David F. Smith, not having shown any cause why he should not obey the Summons issued to him on December 9, 2004:

IT IS ORDERED that David F. Smith obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Nasawania T. Ranatou or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before September 26, 2005 at 5:00 pm at the office of the Internal Revenue Service, 1250 Hancock Street, Suite 503S, Quincy, MA 02169, Tel. #(617) 472-2137. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

/s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2005