UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA,   )
        Petitioner,       )
                          )
v.                                  )    M.B.D. No. 05-10255-RWZ/MBB
                          )
DAVID F. SMITH,             )
        Respondent.     )
_____)

**MOTION TO WITHDRAW PETITION**
**TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

      The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court.

      On September 13, 2005, this Court issued an Order Enforcing Internal Revenue Service Summons for the respondent to appear before a Revenue Officer on September 26, 2005. An agreement was reached between the Revenue Officer and the respondent. whereby the requested documents will be produced.

-2-

The petitioner now seeks to withdraw its petition because the respondent has complied with the Internal Revenue Service Summons.

        Respectfully submitted:

        MICHAEL J. SULLIVAN,
        United States Attorney

    By:  /s/Patricia M. Connolly
        PATRICIA M. CONNOLLY
        Assistant U.S. Attorney
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way - Suite 9200
        Boston, MA  02210
        (617) 748-3282

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the parties of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    David F. Smith
    189 River Street
    Dedham, MA 02026

        /s/ Patricia M. Connolly
        ASSISTANT UNITED STATES ATTORNEY

Dated: November 1, 2005